**Motion Granted in Part and Order filed October 18, 2018**



In The

# Fourteenth Court of Appeals

_____

NO.  14-18-00752-CV
_____

**JOSE BANDIN, MONICA BABAYAB, AND 18 SHALLOWFORD P1., LLC, Appellant**

**V.**

**FREE AND SOVEREIGN STATE OF VERACRUZ DE IGNACIO DE LA LLAVE, Appellee**

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2018-06745**

_____

NO.  14-18-00847-CV
_____

**CW OPERATING COMPANY, INC., ET AL, Appellant**

**V.**

**FREE AND SOVERIEGN STATE OF VERACRUZ DE IGNACIO DE LA LLAVE, Appellee**

## ORDER

Appellants filed a motion to consolidate appeal numbers 14-18-00752-CV and 14-18-00847-CV. Each appeal arises from the denial of a motion to dismiss under the Texas Citizens' Participation Act. Tex. Civ. Prac. & Rem. Code Ann. § 27.003. Appellants allege the appeals involve the same nucleus of operative facts. Appellants also request an extension of time to file their briefs if the motion to consolidate is granted. The motion has been pending for more than 10 days, and no response has been filed.

We **GRANT** the motion in part and order as follows:

1.    Each appeal will remain open.

2.    Any document meant to be filed in both appeals must bear both appeal numbers.

3.    Absent a request otherwise from the parties, any brief filed must apply to both appeals and is subject to the word limits in Texas Rule of Appellate Procedure 9.4(i)(2). For example, appellant shall file a single brief that bears both appeal numbers, addresses both orders on appeal, and does not exceed 15,000 words.

4.    Appellant's brief in both appeals will be due 20 days after the reporter's record is filed in 14-18-00847-CV, or on a date set by the court in a further order.

5.    The appeals will be submitted to and considered by the same panel.

PER CURIAM